UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN ALAN SUBJEK,
     Plaintiff,

vs.                                          Case No.: 5:21cv106/TKW/EMT

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,
     Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20), which recommends that this case be remanded for further administrative proceeding. Plaintiff filed an objection (Doc. 21) stating that although he "does not oppose the remand itself" he does oppose the recommendation to "leave it up to [the] Commissioner" to decide whether to hold another hearing in this matter.

Upon due consideration of the Report and Recommendation, the objection, and the applicable regulations, the Court agrees with the magistrate judge's determination that the decision of whether to hold a new hearing should be left up to the Commissioner's discretion. The applicable regulation vests the Appeals Council (on behalf of the Commissioner) with the discretion on how to proceed on

remand.  *See* 20 C.F.R. §404.983(a).  The Court sees no reason to usurp that authority and decide in the first instance whether this case should be remanded to an administrative law judge for a hearing.  Accordingly, it is

**ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (Doc. 19) is **GRANTED** and this action reversed and remanded to the Commissioner for further administrative proceedings.

3.      The Clerk shall enter judgment in favor of Plaintiff under Fed. R. Civ. P. 58, stating:  "The challenged decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** to the Commissioner for further administrative proceedings."

4.      The Clerk shall close the case file.

**DONE and ORDERED** this 28th day of March, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**